**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


<u>**Oscar Romeo Rosales Giron**</u>
      Petitioner

                               CIVIL ACTION
      V.
                               NO. **1:26-cv-12898-RGS**


<u>**Wesling et al**</u>
      Respondents


<u>**ORDER OF DISMISSAL**</u>


<u>Stearns, D. J.</u>


      In accordance with the Court's Order entered July 20, 2026 [Doc. No. 18] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>


                         By the Court,


<u>7/20/2026</u>                           <u>/s/ Jacqueline Martin</u>
    Date                                  Deputy Clerk